

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| 1.    FINOVA Capital Corporation, a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>2.    Comtran International, Inc., a Texas corporation;<br>3.    M. Douglas Jaffe, Jr., individually and as husband of Nichola Beckwith Jaffe;<br>4.    Nichola Beckwith Jaffe, individually and as wife of M. Douglas Jaffe, Jr.; and<br>5.    Jaffe Group, Inc., a Texas corporation,<br><br>        Defendants. | No. CIV 01-1904 PHX SRB<br><br>**JUDGMENT** |

Plaintiff FINOVA Capital Corporation and defendants Comtran International, Inc., M. Douglas Jaffe, Jr., Nichola Beckwith Jaffe and Jaffe Group, Inc., through their respective counsel, have stipulated to the entry of a final judgment in the above-captioned action. Upon review of the stipulation and upon determining that good cause exists,

IT IS HEREBY ORDERED that judgment be entered in favor of plaintiff FINOVA Capital Corporation and against defendants Comtran International, Inc., M. Douglas Jaffe, Jr., Nichola Beckwith Jaffe and Jaffe Group, Inc., jointly and severally, as follows:

1.    FINOVA Capital Corporation is hereby awarded the principal amount of $987,075.24, with interest, at the rate of 14.39% *per annum,* accruing on the

principal balance thereof as may be outstanding from time to time from October 1, 2001 until fully paid.

2.     FINOVA Capital Corporation is hereby awarded the amount of $30,000 as and for its reasonable attorneys' fees and taxable costs incurred in connection with this action.

3.     This judgment, having disposed of all claims asserted in this action, shall be entered forthwith by the Clerk as a final judgment.

DATED this _____ day of _____ Feb _____, 2002.

_____
The Hon. Susan R. Bolton
United States District Court Judge

Original and one copy of the foregoing form of judgment were lodged with the Clerk of Court this _____ day of February, 2002.

_____

- 2 -